JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN HATCHER, | ) | No. CV 14-05683-PA (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC ARNOLD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 16, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**JS-6**